**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW MEXICO**

**ROY GABALDON**

Plaintiff,

v.                                                                      Civ. No. 1:23-cv-481

**THE TOWN OF MOUNTAINAIR**,
A municipality existing under the,
Laws of the State of New Mexico,
and **PETER NIETO**, individually,
and **JUAN DE REYES**, individually,

Defendants.

**NOTICE OF REMOVAL**

COMES NOW Defendant, Juan de Reyes aka. Juan Reyes, by and through his counsel of record, the Garcia Law Group, LLC (Bryan C. Garcia, Rodney L. Gabaldón, and Jade Delfin), and pursuant to 28 U.S.C. §§ 1331, 1441 and 1446 gives *Notice of Removal* to this Court of all counts and claims asserted by Plaintiff Roy Gabaldon, in the civil action originally filed in the Seventh Judicial District Court, State of New Mexico, County of Torrance, styled *Roy Gabaldon, Plaintiff, vs. THE TOWN OF MOUNTAINAIR, a municipality existing under the Laws of the State of New Mexico, and PETER NIETO, individually, and JUAN DE REYES, individually, Defendants*, No. D-722-CV-2023-00068, and as grounds therefore state:

1.       Plaintiff filed his *Civil Complaint under the New Mexico Tort Claims Act; the New Mexico Civil Rights Act and 42 U.S.C. § 1983* (hereinafter "Complaint") on March 29, 2023. A copy of the Complaint is attached hereto as **Exhibit A**.

2.    Defendant Town of Mountainair (hereinafter "Town") was first served on April 3, 2023, then served again on April 11, 2023. See *Returns of Service*, a copy of which is attached hereto as **Exhibit B**.

3.    Defendant Peter Nieto (hereinafter "Mayor Nieto") was first served on April 11, 2023. See Exhibit B.

4.    Defendant, Juan de Reyes aka. Juan Reyes (hereinafter "Chief Reyes"), was first served on May 4, 2023. See Exhibit B.

5.    Defendants The Town of Mountainair, Peter Neito, and Juan Reyes (collectively "Defendants") consent to removal of this matter to this Court.

6.    Upon information and belief, this *Notice of Removal* (hereinafter "Notice") is timely under 28 U.S.C. § 1446(b) because it is filed within thirty (30) days of Chief Reyes' receipt of the Complaint.

7.    Pursuant to 28 U.S.C. § 1446(d), copies of the Notice will be promptly given to all adverse parties and a copy of the Notice will be filed with the Clerk of the Seventh Judicial District Court, County of Torrance, State of New Mexico.

8.    The claims stated against Defendants in the Complaint are subject to the jurisdiction of this Court pursuant to 42 U.S.C. § 1983 and 42 U.S.C. § 1985.

a.    This Court has original jurisdiction under 28 U.S.C. § 1331 because Plaintiff's Complaint is founded, in part, on claims or rights arising under the Constitution and laws of the United States.

b.    An actual controversy exists because Plaintiff's Complaint alleges in Count IV that Defendants' actions caused Plaintiff to suffer injuries and damages to include violation of due process and defamation under 42 U.S.C. § 1983.

c.    An actual controversy exists because Plaintiff's Complaint alleges in Count V that Defendants' actions caused Plaintiff to suffer injuries and damages to include supervisory and city liability under 42 U.S.C. § 1983.

9.    Plaintiff's right to bring an action for the violation of his federal civil rights was created by federal law, specifically the Civil Rights Act of 1871, as amended, and codified at 42 U.S.C. § 1983 and 42 U.S.C. § 1985.

10.    A federal question appears on the face of Plaintiff's Complaint in Counts IV and V by alleging that Defendants violated Plaintiff's constitutional rights.

11.    Because a federal question appears on the face of Plaintiff's Complaint, there is an actual controversy.

12.    The Court has supplemental jurisdiction over the state tort claims of Plaintiff's Complaint pursuant to NMSA 1978 §§ 41-4-1, *et seq*.

13.    Defendant herewith submits a copy of the Seventh Judicial District of the State of New Mexico court docket as of May 26, 2023, which is attached hereto as **Exhibit C**. Copies of all other records and pleading from the state court action, if any, will be submitted at a later date and in accordance with D.NM. LR-Civ. 81.1(a).

WHEREFORE, Defendant, Juan de Reyes aka Juan Reyes, respectfully requests this Court to remove this action from the Seventh Judicial District Court, County of Torrance, State of New Mexico, to the United States District Court for the District of New Mexico.

Respectfully submitted,

GARCIA LAW GROUP, LLC

*/s/ Jade Delfin*
Bryan C. Garcia
Rodney L. Gabaldón
Jade Delfin

6739 Academy Road NE, Suite 200
Albuquerque, NM 87109
(505) 629-1576 / (505) 652-1337 (fax)
bgarcia@garcialawgroupllc.com
rgabaldon@garcialawgroupllc.com
jdelfin@garcialawgroupllc.com
*Attorneys for Defendant Juan Reyes*

I hereby certify that on this 2nd day of
June, 2023, the foregoing was filed
via the CM/ECF system and served via
email to the following:

Eric D. Dixon
Attorney and Counselor at Law, P.A.
301 South Avenue A,
Portales, NM 88130
(575) 359-1233 / (575) 356-4946 (fax)
eric@ericdixonlaw.net
*Attorney for Plaintiff*

ORTIZ & ZAMORA, ATTORNEYS AT LAW, LLC
Tony F. Ortiz
Jessica R. Terrazas
2011 Botulph Rd., Suite 200
Santa Fe, NM 87505
(505) 986-2900 / (505) 986-2911 (fax)
tony@ortz-zamora.com
jessica@ortiz-zamora.com
*Attorneys for Defendants Town of Mountainair and Peter Nieto*

*/s/ Jade Delfin*
Jade Delfin

JS 44 (Rev. 04/21)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Roy Gabaldon

**DEFENDANTS**
The Town of Mountainair, A municipality existing under the Laws of the State of New Mexico, and Peter Neito, individually, and Juan Reyes, individually,

**(b)** County of Residence of First Listed Plaintiff    Torrance
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant    Torrance
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE:    IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Eric D. Dixon
Attorney and Counselor at Law, P.A.
Portales, NM 88130
(575)359-1233

Attorneys *(If Known)*

Jade Delfin and Rodney Gabaldon

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

| | |
|---|---|
| ☐ 1  U.S. Government Plaintiff | ☒ 3  Federal Question *(U.S. Government Not a Party)* |
| ☐ 2  U.S. Government Defendant | ☐ 4  Diversity *(Indicate Citizenship of Parties in Item III)* |

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff*
*(For Diversity Cases Only)*                    *and One Box for Defendant)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☒ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*
Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability / ☐ 367 Health Care/ Pharmaceutical | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander / Personal Injury | | **INTELLECTUAL PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | Product Liability | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' Liability / ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 340 Marine / ☐ 345 Marine Product Liability | | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 460 Deportation |
| | | | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | **PERSONAL PROPERTY** | **LABOR** | ☐ 880 Defend Trade Secrets Act of 2016 | ☐ 480 Consumer Credit (15 USC 1681 or 1692) |
| ☐ 160 Stockholders' Suits | ☐ 350 Motor Vehicle / ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | | ☐ 485 Telephone Consumer Protection Act |
| ☐ 190 Other Contract | ☐ 355 Motor Vehicle Product Liability / ☐ 371 Truth in Lending | ☐ 720 Labor/Management Relations | **SOCIAL SECURITY** | ☐ 490 Cable/Sat TV |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal Injury / ☐ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 196 Franchise | ☐ 362 Personal Injury - Medical Malpractice / ☐ 385 Property Damage Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 862 Black Lung (923) | ☐ 890 Other Statutory Actions |
| | | ☐ 790 Other Labor Litigation | ☐ 863 DIWC/DIWW (405(g)) | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 864 SSID Title XVI | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☒ 440 Other Civil Rights | **Habeas Corpus:** | ☐ 791 Employee Retirement Income Security Act | ☐ 895 Freedom of Information Act |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | ☐ 865 RSI (405(g)) | |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | **FEDERAL TAX SUITS** | ☐ 896 Arbitration |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | ☐ 871 IRS—Third Party 26 USC 7609 | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 448 Education | ☐ 540 Mandamus & Other | **IMMIGRATION** | |
| | | ☐ 550 Civil Rights | ☐ 462 Naturalization Application | |
| | | ☐ 555 Prison Condition | ☐ 465 Other Immigration Actions | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

| | |
|---|---|
| ☐ 1 Original Proceeding | ☒ 2 Removed from State Court |
| ☐ 3 Remanded from Appellate Court | ☐ 4 Reinstated or Reopened |
| ☐ 5 Transferred from Another District *(specify)* | ☐ 6 Multidistrict Litigation - Transfer |
| ☐ 8 Multidistrict Litigation - Direct File | |

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
28 USC §§ 1331, 1441, 1446; 42 USC §1983
Brief description of cause:
Civil Rights (Defamation), Employment (Implied Contract), Supervisory Liability

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.
DEMAND $
CHECK YES only if demanded in complaint:
JURY DEMAND:  ☒ Yes  ☐ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE    Mercedes C. Murphy
DOCKET NUMBER    D-722-CV-2023-00068

DATE
6/2/2023

SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT #            AMOUNT            APPLYING IFP            JUDGE            MAG. JUDGE